# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carita Burns and John Burns, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Secure Energy Services, Inc., Secure ) | |
| Energy Services USA, LLC, Eugene Davis, ) | |
| and Keith Daniel Klein, ) | Case No. 1:18-cv-194 |
| ) | |
| Defendants. ) | |

On May 6, 2019, the parties filed a Stipulation to Allow Plaintiffs to File First Amended Complaint. The court **ADOPTS** the parties' stipulation (Doc. No. 18). The Plaintiffs shall have until May 13, 2019, to file their First Amended Complaint.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2019.

                                                   */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court