# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carita Burns and John Burns, | ) |
|                Plaintiff, | ) **ORDER FOR STATUS CONFERENCE** |
| vs. | ) |
| Secure Energy Services, Inc., Secure Energy Services, USA, LLC, Eugene Davis, and Keith Daniel Klein, | ) |
|                Defendants. | ) Case No. 1:18-cv-194 |

A status conference will be held before the magistrate judge on October 1, 2019, at 10:30 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 26th day of September, 2019.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court