# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Carita Burn and John Burns, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RESCHEDULING STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Secure Energy Services, Inc., Secure Energy Services, USA, LLC, Eugene Davis, and Keith Daniel Davis. | ) ) ) | Case No. 1:18-cv-194 |
| | ) | |
| Defendants. | ) | |

The status conference scheduled for October 1, 2019, shall be rescheduled for October 9, 2019, at 11:00 a.m. CDT by telephone. To participate in the conference, the parties shall call the following number and enter the following access code:

Tel. No. (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

                                                                 */s/ Clare R. Hochhalter*
                                                                 Clare R. Hochhalter, Magistrate Judge
                                                                 United States District Court