# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carita Burns and John Burns, | ) |
| | ) **ORDER** |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Secure Energy Services, Inc., Secure Energy Services, USA, LLC, Eugene Davis, and Keith Daniel Klein, | ) |
| | ) Case No. 1:18-cv-194 |
| | ) |
| Defendants. | ) |

The court shall conduct a status conference with the parties by telephone on March 10, 2020, at 10:00 a.m. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 9th day of October, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court