**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Carita Burns and John Burns, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Secure Energy Services, Inc., Secure )<br>Energy Services, USA, LLC, )<br>Eugene Davis, and Keith Daniel )<br>Klein, )<br>)<br>    Defendants. ) | **ORDER ADOPTING STIPULATION TO**<br>**AMEND SCHEDULING/DISCOVERY PLAN**<br><br><br>Case No. 1:18-cv-194 |

On May 1, 2020, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Doc. No. 39) and **ORDERS**:

1. The parties shall have until July 15, 2020, to complete fact discovery and to file fact discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff: August 1, 2020; and

   b. Defendant: September 1, 2020.

3. The parties shall have until October 1, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until July 1, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

1

**IT IS SO ORDERED.**

Dated this 4th day of May, 2020.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court