IN THE UNITED STATES DISTRICT COURT
STATE OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Carita Burns and John Burns, <br><br> Plaintiffs, <br><br> -vs- <br><br> Secure Energy Services, Inc.; Secure Energy Services USA, LLC; Eugene Davis; and Keith Daniel Klein, <br><br> Defendants. | Case No. 1:18-cv-194 <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

[1]   Plaintiffs Carita Burns and John Burns and Defendants Secure Energy Services, Inc., Secure Energy Services USA, LLC, Eugene Davis, and Keith Daniel Klein, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to dismissal of the above-entitled action, including all of the Plaintiffs' claims against the Defendants, with prejudice.  Each party agrees to bear their own attorney's fees and costs.

Dated: August 14, 2020    /s/ *Mark V. Larson*
Mark V. Larson (#03587)
LARSON LAW FIRM, P.C.
1020 North Broadway
P.O. Box 2004
Minot, ND 58702-2004
701.839.1777
larslaw@srt.com
Attorneys for Plaintiffs

Dated: August 14, 2020         /s/ Ian R. McLean
                               Peter W. Zuger (#06282)
                               Ian R. McLean (#07320)
                               SERKLAND LAW FIRM
                               10 Roberts Street North
                               P.O. Box 6017
                               Fargo, ND 58108
                               701.232.8957
                               pzuger@serklandlaw.com
                               imclean@serklandlaw.com
                               Attorneys for Defendants Secure Energy
                               Services, Inc.; Secure Energy Services, USA, LLC;
                               and Eugene Davis

Dated: August 14, 2020         /s/ Nicholas C. Grant
                               Nicholas C. Grant (#07102)
                               Courtney A. Presthus (#06741)
                               Shea Thomas (#08498)
                               EBELTOFT SICKLER LAWYERS, PLLC
                               2272 8th Street West
                               Dickinson, ND 58601
                               701.225.5297
                               ngrant@ndlaw.com
                               cpresthus@ndlaw.com
                               sthomas@ndlaw.com
                               Attorneys for Defendant Keith Daniel Klein