IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carita Burns and John Burns,<br><br>                             Plaintiffs,<br><br>vs.<br><br>Secure Energy Services, Inc.; Secure Energy Serviecs USA, LLC; Eugene Davis; and Keith Daniel Klein,<br><br>                            Defendants. | Civil No.: 1:18-cv-00194 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1]   THIS MATTER comes before the Court upon a Stipulation of Dismissal with Prejudice filed on August 14, 2020. See Doc. No. 47. The Parties have stipulated to the dismissal of this case, including all of Plaintiffs' claims against the Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Criminal Procedure. Id. The Parties also stipulated to bear their own attorney's fees and costs.

[¶2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs.

[¶3]   **IT IS SO ORDERED.**

DATED August 18, 2020.

Daniel M. Traynor, District Judge
United States District Court